Melissa  Licker
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on May 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 13 |
| Glenn Henry Enevoldsen aka Glenn H Enevoldsen aka Glenn Enevoldsen dba Glenn Enevoldsen Carpentry & Home Improv and Margaret Ann Enevoldsen aka Margaret A Enevoldsen aka Margaret Enevoldsen aka Margaret King Obal aka Margaret Obal aka Margaret Obal Enevoldsen, | Case No. 18-29961-MBK  Hearing Date:  March 26, 2019  Judge: Michael B. Kaplan |
| Debtors. | |

**CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY, PROVIDING FOR ADEQUATE PROTECTION PAYMENTS AND SETTING DEADLINE FOR MOTION TO SELL REAL PROPERTY**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: May 30, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

| | |
|---|---|
| Debtors: | Glenn Henry Enevoldsen and Margaret A Enevoldsen |
| Case No.: | 18-29961-MBK |
| Caption of Order: | **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY, PROVIDING FOR ADEQUATE PROTECTION PAYMENTS AND SETTING DEADLINE FOR MOTION TO SELL REAL PROPERTY** |

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay (the "Motion") filed by Nationstar Mortgage LLC d/b/a Mr. Cooper ("Movant"), and Glenn Henry Enevoldsen and Margaret A Enevoldsen (collectively, the "Debtors") having filed opposition thereto, with respect to the property known 95 Leffler Hill Rd, Flemington, NJ 08822 (the "Property"), and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

### ORDERED AS FOLLOWS:

1.  Debtors shall docket a motion to approve sale by November 1, 2019. This deadline may be extended by consent of Movant provided in the form of an amended consent order further addressing treatment of Movant and consent must be obtained on or before October 15, 2019.

2.  Debtors shall make monthly adequate protection payments to Movant pending the sale of the Property in the amount of $730.83, an amount equal to the current escrow portion of Debtors' monthly payment. Movant does not waive the principal and interest payments that will continue to become due for this period.

3.  Debtors are hereby notified and acknowledge that the escrow payment is subject to change during the pendency of this case and that they shall adjust adequate protection payments to pay the full escrow amount in accordance with any filed payment change notice.

4.  Debtors are post-petition delinquent four (4) post-petition payments due December 1, 2018 through March 1, 2019, each payment in the amount of $1,837.01, less suspense of $524.99, for a total delinquency of $6,823.05. These amounts remain due and owing to Movant.

5/15/19

Page 3

Debtors:          Glenn Henry Enevoldsen and Margaret A Enevoldsen
Case No.:         18-29961-MBK
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE
AUTOMATIC STAY, PROVIDING FOR ADEQUATE
PROTECTION PAYMENTS AND SETTING DEADLINE
FOR MOTION TO SELL REAL PROPERTY**

---

5.    Debtors shall file a Modified Chapter 13 Plan within fourteen (14) days of entry of this Order.

6.    The Modified Chapter 13 Plan shall list and cure the post-petition payment arrearage in the sum of $6,823.05 and shall accommodate adequate protection payments pending the sale of Property.

7.    In the event the sale is unsuccessful, Debtors shall resolve all pre and post-petition arrears owed to Movant, either by filing a modified plan or on consent, which shall include any difference between the contractual mortgage payments and adequate protection payments.

8.    Debtors shall pay attorney fees and costs for the Motion in the amount of $531.00 to be paid as an administrative claim through the plan.

9.    In the event Debtors do not comply with any of the above requirements for a period of thirty (30) days, or otherwise amend this order to address treatment of Movant, then Movant may submit an order providing relief from the automatic stay without further application to the Court.

Consent to Form and Entry

**McCalla Raymer Leibert Pierce, LLC**          **Eric L. Leinbach, Esq.**
Attorney for the Secured Creditor            Attorney for the Debtors

By: _____          By: _____
        Melissa Licker                                   Eric L. Leinbach

Date: _____5/21/19_____             Date: _____5/15/19_____