UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on September 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Glenn Henry Enevoldsen
Margaret Ann Enevoldsen

Case No.: 18-29961

Chapter: 13

Judge: Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 30, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Eric Lester Leinbach, Esq._____, the applicant, is allowed a fee of $ ____4,932.00____ for services rendered and expenses in the amount of $____420.00____ for a total of $____5,352.00____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____N/a____ per month for ____N/a____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Glenn Henry Enevoldsen  
Margaret Ann Enevoldsen  
    Debtors

Case No. 18-29961-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 30, 2019  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2019.  
db/jdb        +Glenn Henry Enevoldsen,    Margaret Ann Enevoldsen,    95 Leffler Hill Road,    Flemington, NJ 08822-2614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2019 at the address(es) listed below:

         Albert    Russo    docs@russotrustee.com  
         Eric L. Leinbach    on behalf of Joint Debtor Margaret Ann Enevoldsen office1603@rcn.com, lester532004@yahoo.com;ericleinbach@nni.net  
         Eric L. Leinbach    on behalf of Debtor Glenn Henry Enevoldsen office1603@rcn.com, lester532004@yahoo.com;ericleinbach@nni.net  
         Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com  
         Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com  
         Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al... rsolarz@kmllawgroup.com  
         Sindi    Mncina    on behalf of Creditor    Igloo Series IV Trust smncina@rascrane.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         William S. Wolfson    on behalf of Debtor Glenn Henry Enevoldsen wwolfsonlaw@comcast.net, liza.wwolfsonlaw@comcast.net  
         William S. Wolfson    on behalf of Joint Debtor Margaret Ann Enevoldsen wwolfsonlaw@comcast.net, liza.wwolfsonlaw@comcast.net  
                                                                                                         TOTAL: 10