UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William S. Wolfson, Esq.
260 U.S. Highway 202/31, Suite 1100
Flemington, NJ 08822
Attorney for Debtor
908 782-9333
Our File No.: 1218.57232
WW4019

Order Filed on April 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Glenn and Margaret Enevoldsen, Debtors

Case No.:  18-29961

Chapter:  13

Judge:  Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 28, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William S. Wolfson_____, the applicant, is allowed a fee of $ ___2,530.50___ for services rendered and expenses in the amount of $___67.88___ for a total of $___2598.38___. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $___711.86___ per month for ___42___ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Glenn Henry Enevoldsen
Margaret Ann Enevoldsen
    Debtors

Case No. 18-29961-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 29, 2020
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2020.
db/jdb      +Glenn Henry Enevoldsen,    Margaret Ann Enevoldsen,    95 Leffler Hill Road,    Flemington, NJ 08822-2614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                         Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2020 at the address(es) listed below:
       Albert Russo    docs@russotrustee.com
       Eric L. Leinbach    on behalf of Joint Debtor Margaret Ann Enevoldsen office1603@rcn.com, lester532004@yahoo.com;ericleinbach@nni.net
       Eric L. Leinbach    on behalf of Debtor Glenn Henry Enevoldsen office1603@rcn.com, lester532004@yahoo.com;ericleinbach@nni.net
       Melissa N. Licker    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com
       Phillip Andrew Raymond    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com
       Rebecca Ann Solarz    on behalf of Creditor U.S. Bank National Association, as Trustee Et Al... rsolarz@kmllawgroup.com
       Sindi Mncina    on behalf of Creditor Igloo Series IV Trust smncina@rascrane.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
       William S. Wolfson    on behalf of Debtor Glenn Henry Enevoldsen wwolfsonlaw@comcast.net, liza.wwolfsonlaw@comcast.net
       William S. Wolfson    on behalf of Joint Debtor Margaret Ann Enevoldsen wwolfsonlaw@comcast.net, liza.wwolfsonlaw@comcast.net
                                                                                                                       TOTAL: 10