Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 18−29961−MBK  
Chapter: 13  
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Glenn Henry Enevoldsen | Margaret Ann Enevoldsen |
| aka Glenn H Enevoldsen, aka Glenn | aka Margaret Enevoldsen, aka Margaret A |
| Enevoldsen, dba Glenn Enevoldsen | Enevoldsen, aka Margaret King Obal, aka |
| Carpentry & Home Improv | Margaret Obal Enevoldsen, aka Margaret |
| 95 Leffler Hill Road | Obal |
| Flemington, NJ 08822 | 95 Leffler Hill Road |
| | Flemington, NJ 08822 |

Social Security No.:  
   xxx−xx−2449                                 xxx−xx−3835

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 22, 2019.

On 5/14/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                June 24, 2020  
Time:              10:00 AM  
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 15, 2020  
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-29961-MBK
Glenn Henry Enevoldsen                                                      Chapter 13
Margaret Ann Enevoldsen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: May 15, 2020
                              Form ID: 185             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2020.
```
db/jdb         +Glenn Henry Enevoldsen,    Margaret Ann Enevoldsen,    95 Leffler Hill Road,
                 Flemington, NJ 08822-2614
cr             +Igloo Series IV Trust,    RAS Crane, LLC,    10700 Abbott's Bridge Road, Suite 170,
                 10700 Abbott's Bridge Road, Suite 170,    Duluth, GA 30097-8461
517800106      +Barclay Bank Delaware,    125 South West St.,    Wilmington, DE 19801-5014
517800107      +Barclays Bank Delaware,    Attn: Correspondence,    PO Box 8801,    Wilmington, DE 19899-8801
517800112       CMRE,   3075 Imperial Services Hwy,    STE 200,    Brea CA 08822-2614
517800114      +Credit One Corporate,    585 Pilot Road,    Las Vegas, NV 89119-3619
517800115       Eric Lester Leinbach, Esquire,    1603 Butler Street,    Easton, PA  18042-4748
517800116      +First Premier Bank,    Attn: Bankruptcy,    PO Box 5524,    Sioux Falls, SD 57117-5524
517800117      +Glenn Henry Enevoldsen,    95 Leffler Hill Road,    Flemington, New Jersey 08822-2614
517800118      +Hunterdon County Tax,    71 Main St., Bldg 3B,    Flemington, New Jersey 08822-1451
518551530      +Hunterdon Healthcare,    2100 Wescott Drive,    Flemington, NJ 08822-4604
517800119      +Hunterdon Medical Center,    2100 wescott Drive,    Flemington, NJ 08822-4604
517800110      +Hunterdon Medical Center,    c/o CCCB,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
517800123      +KLM Law Group P.C,    216 Haddon Avenue, STE 406,    Westmont, NJ 08108-2812
517800128       MERS,   PO Box 2026,    Flint, MI 48501-2026
517800129      +Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
517818024     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,      Bankruptcy Department,    PO Box 619096,
                 Dallas, Texas 75261-9741)
517800130      +Nationstar Mortgage Holdings, Inc,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
517800131      +Pegasus Emergency Group,    PO Box 791,    Flemington, NJ 08822-0791
518551531       Premium Anesthesia, LLC,    PO Box 29 Anesthesia Office,    Oldwick, NJ 08858-0029
517800132      +Raritan TWP Tax Collector,    One Muncipal Drive,    Flemington, NJ 08822-3446

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 15 2020 22:52:00      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2020 22:51:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517800109      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2020 22:57:29      Capital One,
                 1680 Capital One Drive,    Mclean, VA 22102-3407
517800108      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2020 22:58:52      Capital One,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517900717       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2020 22:57:29
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517800113      +E-mail/PDF: creditonebknotifications@resurgent.com May 15 2020 22:58:14      Credit One Bank,
                 ATTN: Bankruptcy,    PO Box 98873,    Las Vegas, NV 89193-8873
517800120      +E-mail/Text: bankruptcy@huntington.com May 15 2020 22:51:57      Huntington Natl Bk,
                 Attn: Bankruptcy,    PO Box 340996,    Columbus, OH 43234-0996
517800121       E-mail/Text: sbse.cio.bnc.mail@irs.gov May 15 2020 22:51:28      Internal Revenue Service,
                 PO Box 7346,    Phila, Pa. 19101-7346
517800111       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 15 2020 22:58:50      Chase Card Services,
                 Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850
517800124      +E-mail/Text: bncnotices@becket-lee.com May 15 2020 22:51:19      Kohls/Capital One,
                 Kohls Credit,    PO Box 3120,    Milwaukee, WI 53201-3120
517905415       E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2020 22:58:20      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517865960       E-mail/PDF: MerrickBKNotifications@Resurgent.com May 15 2020 22:57:20      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517800126       E-mail/PDF: MerrickBKNotifications@Resurgent.com May 15 2020 22:58:04      Merrick Bank,
                 PO Box 5000,    Draper, UT 84020-5000
517800127      +E-mail/PDF: MerrickBKNotifications@Resurgent.com May 15 2020 22:57:20
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,    PO Box 9201,    Old Bethpage, NY 11804-9001
517924055       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2020 10:20:46
                 Portfolio Recovery Associates, LLC,    c/o Juniper,    POB 41067,    Norfolk VA 23541
517861590      +E-mail/Text: JCAP_BNC_Notices@jcap.com May 15 2020 22:52:11      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517804459      +E-mail/Text: bankruptcy@huntington.com May 15 2020 22:51:57      The Huntington National Bank,
                 P O Box 89424,    Cleveland OH 44101-6424
518552327      +E-mail/Text: bknotices@snsc.com May 15 2020 22:52:31      US Bank, NA,    c/o SN Servicing Corp,
                 323 5th Street,    Eureka, CA 95501,    US Bank, NA,    c/o SN Servicing Corp 95501-0305
518552326      +E-mail/Text: bknotices@snsc.com May 15 2020 22:52:31      US Bank, NA,    c/o SN Servicing Corp,
                 323 5th Street,    Eureka, CA 95501-0305
517800133      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 15 2020 22:50:31
                 Verizon,    1095 Ave. of The Americas,    NY, NY 10036-6704
                                                                                              TOTAL: 20
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 15, 2020
                              Form ID: 185             Total Noticed: 41
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517800125         Margaret Ann Enevoldsen
517800122*        Internal Revenue Service,    PO Box 931000,    Louisville, KY 40293-1000
                                                                          TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Eric L. Leinbach    on behalf of Joint Debtor Margaret Ann Enevoldsen office1603@rcn.com,
               lester532004@yahoo.com;ericleinbach@nni.net
              Eric L. Leinbach    on behalf of Debtor Glenn Henry Enevoldsen office1603@rcn.com,
               lester532004@yahoo.com;ericleinbach@nni.net
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com
              Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...
               rsolarz@kmllawgroup.com
              Sindi   Mncina    on behalf of Creditor    Igloo Series IV Trust smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William S. Wolfson    on behalf of Debtor Glenn Henry Enevoldsen wwolfsonlaw@comcast.net,
               liza.wwolfsonlaw@comcast.net
              William S. Wolfson    on behalf of Joint Debtor Margaret Ann Enevoldsen wwolfsonlaw@comcast.net,
               liza.wwolfsonlaw@comcast.net
                                                                                             TOTAL: 10
```