Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–29961–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Glenn Henry Enevoldsen
aka Glenn H Enevoldsen, aka Glenn
Enevoldsen, dba Glenn Enevoldsen
Carpentry & Home Improv
95 Leffler Hill Road
Flemington, NJ 08822

Margaret Ann Enevoldsen
aka Margaret Enevoldsen, aka Margaret A
Enevoldsen, aka Margaret King Obal, aka
Margaret Obal Enevoldsen, aka Margaret
Obal
95 Leffler Hill Road
Flemington, NJ 08822

Social Security No.:
   xxx–xx–2449                    xxx–xx–3835

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 22, 2019.

On 7/7/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:              August 12, 2020
Time:              10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 8, 2020
JAN: gan

Jeanne Naughton
Clerk