UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William S. Wolfson, Esq.
260 U.S. Highway 202/31, Suite 1100
Flemington, NJ 08822
Attorney for Debtor
908 782-9333
Our File No.: 1218.57232
WW4019

Order Filed on September 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Glenn and Margaret Enevoldsen, Debtors

Case No.: 18-29961

Chapter: 13

Judge: Kaplan

REVISED

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: September 17, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William S. Wolfson_____, the applicant, is allowed a fee of $ _____3,161.00*_____ for services rendered and expenses in the amount of $_____11.65*_____ for a total of $_____3,172.65*_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____848.00_____ per month for ___37_____ months to allow for payment of the above fee.

*Less a reduction for courtesy discount in the amount of $661.00. Total amount to be paid by the Chapter 13 Trustee's Office is $2,511.65.

*rev.8/1/15*