UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William S. Wolfson, Esq.
260 U.S. Highway 202/31, Suite 1100
Flemington, NJ 08822
Attorney for Debtor
908 782-9333
Our File No.: 1218.57232
WW4019

Order Filed on September 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Glenn and Margaret Enevoldsen, Debtors

Case No.:     18-29961

Chapter:      13

Judge:        Kaplan

REVISED

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: September 17, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William S. Wolfson_____, the applicant, is allowed a fee of $ ___3,161.00*___ for services rendered and expenses in the amount of $___11.65*___ for a total of $___3,172.65*___ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $___848.00___ per month for ___37___ months to allow for payment of the above fee.

*Less a reduction for courtesy discount in the amount of $661.00. Total amount to be paid by the Chapter 13 Trustee's Office is $2,511.65.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-29961-MBK
Glenn Henry Enevoldsen                                                Chapter 13
Margaret Ann Enevoldsen
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Sep 18, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2020.
db/jdb          +Glenn Henry Enevoldsen,   Margaret Ann Enevoldsen,   95 Leffler Hill Road,
                  Flemington, NJ 08822-2614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Eric L. Leinbach    on behalf of Joint Debtor Margaret Ann Enevoldsen office1603@rcn.com,
               lester532004@yahoo.com;ericleinbach@nni.net
              Eric L. Leinbach    on behalf of Debtor Glenn Henry Enevoldsen office1603@rcn.com,
               lester532004@yahoo.com;ericleinbach@nni.net
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@mccalla.com,   mccallaecf@ecf.courtdrive.com
              Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               phillip.raymond@mccalla.com,   mccallaecf@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...
               rsolarz@kmllawgroup.com
              Sindi  Mncina    on behalf of Creditor    Igloo Series IV Trust smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William S. Wolfson    on behalf of Debtor Glenn Henry Enevoldsen wwolfsonlaw@comcast.net,
               liza.wwolfsonlaw@comcast.net
              William S. Wolfson    on behalf of Joint Debtor Margaret Ann Enevoldsen wwolfsonlaw@comcast.net,
               liza.wwolfsonlaw@comcast.net
                                                                                               TOTAL: 10