| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>William S. Wolfson, Esq., L.L.C.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ08822-1794<br>908 782-9333<br>Attorney for Glenn and Margaret Enevoldsen<br>Our File No.   1218.57232 | **Order Filed on March 30, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN THE MATTER OF<br><br>Glenn and Margaret Enevoldsen, Debtor(s) | CASE NO.: 18-29961<br>CHAPTER 13<br>ADV NO.:<br>HEARING DATE:  4/14/21<br>JUDGE: MICHAEL B. KAPLAN |

## ORDER APPROVING MORTGAGE MODIFICATION

The relief set forth on the following pages, numbered one through two, is hereby ORDERED.

**DATED: March 30, 2021**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Debtor(s): Glenn and Margaret Enevoldsen
Case No.: 18-29961
Caption of Order: ORDER APPROVING MORTGAGE MODIFICATION
Page 2

This matter being opened to the Court by William S. Wolfson, Esq. as counsel to the debtors on notice to Albert Russo, Esq., as Standing Chapter 13 Trustee, the United States Trustee and counsel for SN Mortgage Servicing as agent for U.S. Bank, N.A.,

ORDERED that:

1. The mortgage modification agreement attached to the debtors' moving papers modifying the mortgage to cure the pre-petition default in the mortgage and note secured by the debtors' home at 95 Leffler Hill Road Flemington, NJ 08822 is approved by the Court.
2. The Court finds that the proposed modification of the debtors' mortgage is in the best interests of the debtors, the trustee, the debtor estate and its creditors.
3. The Court finds that the pre-petition mortgage default in payments will be cured outside the plan by authorizing the debtors to enter into the mortgage modification and that there is no need to cure the mortgage default in the Chapter 13 plan as previously confirmed
4. The Court finds that for the past 14 months, the debtors have been paying the mortgage payments outside the plan
5. The debtors are authorized to sign the mortgage modification agreement, take all necessary actions as maybe required by the mortgage servicer or holder of the mortgage and to cause it to be delivered to the mortgage servicer.
6. A copy of this order shall be served on the mortgage servicer SN Mortgage Servicing as agent or servicer for U.S. Bank, N.A., any counsel appearing on its behalf, the Chapter 13 Standing Trustee and any counsel or other party appearing on this motion within seven days.