| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>William S. Wolfson, Esq., L.L.C.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ 08822-1794<br>908 782-9333<br>Attorney for Glenn and Margaret Enevoldsen<br>Our File No.   1218.57232 | **Order Filed on March 30, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN THE MATTER OF<br><br>Glenn and Margaret Enevoldsen, Debtor(s) | CASE NO.: 18-29961<br>CHAPTER 13<br>ADV NO.:<br>HEARING DATE:  4/14/21<br>JUDGE: MICHAEL B. KAPLAN |

## ORDER APPROVING MORTGAGE MODIFICATION

The relief set forth on the following pages, numbered one through two, is hereby ORDERED.

**DATED: March 30, 2021**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Debtor(s): Glenn and Margaret Enevoldsen
Case No.: 18-29961
Caption of Order: ORDER APPROVING MORTGAGE MODIFICATION
Page 2

This matter being opened to the Court by William S. Wolfson, Esq. as counsel to the debtors on notice to Albert Russo, Esq., as Standing Chapter 13 Trustee, the United States Trustee and counsel for SN Mortgage Servicing as agent for U.S. Bank, N.A.,

ORDERED that:

1. The mortgage modification agreement attached to the debtors' moving papers modifying the mortgage to cure the pre-petition default in the mortgage and note secured by the debtors' home at 95 Leffler Hill Road Flemington, NJ 08822 is approved by the Court.
2. The Court finds that the proposed modification of the debtors' mortgage is in the best interests of the debtors, the trustee, the debtor estate and its creditors.
3. The Court finds that the pre-petition mortgage default in payments will be cured outside the plan by authorizing the debtors to enter into the mortgage modification and that there is no need to cure the mortgage default in the Chapter 13 plan as previously confirmed
4. The Court finds that for the past 14 months, the debtors have been paying the mortgage payments outside the plan
5. The debtors are authorized to sign the mortgage modification agreement, take all necessary actions as maybe required by the mortgage servicer or holder of the mortgage and to cause it to be delivered to the mortgage servicer.
6. A copy of this order shall be served on the mortgage servicer SN Mortgage Servicing as agent or servicer for U.S. Bank, N.A., any counsel appearing on its behalf, the Chapter 13 Standing Trustee and any counsel or other party appearing on this motion within seven days.

United States Bankruptcy Court

District of New Jersey

In re:  
Glenn Henry Enevoldsen  
Margaret Ann Enevoldsen  
    Debtors

Case No. 18-29961-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Mar 30, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Glenn Henry Enevoldsen, Margaret Ann Enevoldsen, 95 Leffler Hill Road, Flemington, NJ 08822-2614 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2021        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2021 at the address(es) listed below:

**Name**     **Email Address**

Albert Russo  
     docs@russotrustee.com

Eric L. Leinbach  
     on behalf of Joint Debtor Margaret Ann Enevoldsen office1603@rcn.com lester532004@yahoo.com

Eric L. Leinbach  
     on behalf of Debtor Glenn Henry Enevoldsen office1603@rcn.com lester532004@yahoo.com

Melissa N. Licker  
     on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond  
     on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 30, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Rebecca Ann Solarz
    on behalf of Creditor U.S. Bank National Association  as Trustee Et Al... rsolarz@kmllawgroup.com

Sindi Mncina
    on behalf of Creditor Igloo Series IV Trust smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William S. Wolfson
    on behalf of Debtor Glenn Henry Enevoldsen wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net

William S. Wolfson
    on behalf of Joint Debtor Margaret Ann Enevoldsen wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net

TOTAL: 10