| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| William S. Wolfson, Esq., L.L.C.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ08822-1794<br>908 782-9333<br>Attorney for Glenn and Margaret Enevoldsen<br>Our File No.   1218.57232 | **Order Filed on April 15, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN THE MATTER OF<br><br>Glenn and Margaret Enevoldsen, Debtor(s) | CASE NO.: 18-29961<br>CHAPTER 13<br>ADV NO.:<br>HEARING DATE: 4/14/2021<br>JUDGE: MICHAEL B. KAPLAN |

**ORDER REQUIRING INTERNAL REVENUE SERVICE TO FILE AMENDED
PROOF OF CLAIM 3-2 AND FOR AN ACCOUNTING**

The relief set forth on the following pages, numbered one through two, is hereby ORDERED.

**DATED: April 15, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor(s): Glenn and Margaret Enevoldsen
Case No.: 18-29961
Caption of Order: ORDER REDUCING PROOF OF CLAIM 3-2 FILED BY THE UNITED
STATES GOVERNMENT ON BEHALF OF INTERNAL REVENUE SERVICE AND FOR
AN ACCOUNTING
Page 2

This matter being opened to the Court by William S. Wolfson, Esq. as counsel to the debtors on notice to the Internal Revenue Service and to the Office of the Attorney General of the United States for the District of New Jersey, Attn: Eamonn O'Hagan, Esq. and Albert Russo, Esq., as Standing Chapter 13 Trustee and the Court having read and considered the pleadings submitted and any responses, if applicable, the Court orders the following relief.

ORDERED that:

1. Within 30 days from the date of this Order, the Internal Revenue Service shall file an amended proof of claim with respect to Proof of Claim 3-2, or shall file a Certification with the Court explaining why the existing Proof of Claim 3-2 is correct.  In any event, the Internal Revenue Service shall account for the disposition of the full 2020 refund overpayment in the amount of $5,001.00 and show the application of funds as set off to the 2018 federal income and excise tax debt.

2. The Chapter 13 Trustee is authorized to pay the amount due for the 2018 federal income and excise taxes in the absence of any timely objection to the amendment to Proof of Claim 3-2. Any objection shall be filed within 20 days of receipt of the amendment to Proof of Claim 3-2.

3. The movant shall serve this order on the Office of the United States Attorney General for the District of New Jersey Attn: Eamonn O'Hagan, Esq., Office of the United States Attorney General and on the Internal Revenue Service, Chapter 13 Trustee and any other party who entered an appearance on the motion within 7 days.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-29961-MBK

Glenn Henry Enevoldsen                                                          Chapter 13

Margaret Ann Enevoldsen
   Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 15, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Glenn Henry Enevoldsen, Margaret Ann Enevoldsen, 95 Leffler Hill Road, Flemington, NJ 08822-2614 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2021                    Signature:              /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Eric L. Leinbach | on behalf of Joint Debtor Margaret Ann Enevoldsen office1603@rcn.com  lester532004@yahoo.com |
| Eric L. Leinbach | on behalf of Debtor Glenn Henry Enevoldsen office1603@rcn.com  lester532004@yahoo.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | |

District/off: 0312-3                        User: admin                        Page 2 of 2
Date Rcvd: Apr 15, 2021                    Form ID: pdf903                     Total Noticed: 1

on behalf of Creditor U.S. Bank National Association  as Trustee Et Al... rsolarz@kmllawgroup.com

Sindi Mncina

on behalf of Creditor Igloo Series IV Trust smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William S. Wolfson

on behalf of Debtor Glenn Henry Enevoldsen wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net

William S. Wolfson

on behalf of Joint Debtor Margaret Ann Enevoldsen wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net


TOTAL: 10