Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−29961−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Glenn Henry Enevoldsen
aka Glenn H Enevoldsen, aka Glenn Enevoldsen, dba Glenn Enevoldsen Carpentry & Home Improv
95 Leffler Hill Road
Flemington, NJ 08822

Margaret Ann Enevoldsen
aka Margaret Enevoldsen, aka Margaret A Enevoldsen, aka Margaret King Obal, aka Margaret Obal Enevoldsen, aka Margaret Obal
95 Leffler Hill Road
Flemington, NJ 08822

Social Security No.:
xxx−xx−2449

xxx−xx−3835

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/23/22 at 09:00 AM

to consider and act upon the following:

*106* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 3/11/2022. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 3/2/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-29961-MBK |
| Glenn Henry Enevoldsen | Chapter 13 |
| Margaret Ann Enevoldsen | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 02, 2022 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Glenn Henry Enevoldsen, Margaret Ann Enevoldsen, 95 Leffler Hill Road, Flemington, NJ 08822-2614 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2022             Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Eric L. Leinbach | on behalf of Joint Debtor Margaret Ann Enevoldsen office1603@rcn.com lester532004@yahoo.com |
| Eric L. Leinbach | on behalf of Debtor Glenn Henry Enevoldsen office1603@rcn.com lester532004@yahoo.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust bankruptcy@friedmanvartolo.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 02, 2022 | Form ID: ntchrgbk | Total Noticed: 1 |

Phillip Andrew Raymond
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor U.S. Bank National Association  as Trustee Et Al... rsolarz@kmllawgroup.com

Sindi Mncina
    on behalf of Creditor Igloo Series IV Trust smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William S. Wolfson
    on behalf of Debtor Glenn Henry Enevoldsen wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net

William S. Wolfson
    on behalf of Joint Debtor Margaret Ann Enevoldsen wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net

TOTAL: 11