| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| William S. Wolfson, Esq., L.L.C.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ08822-1794<br>908 782-9333<br>Attorney for Glenn and Margaret Enevoldsen<br>Our File No.   1218.57232 |

**Order Filed on May 17, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| IN THE MATTER OF<br><br>Glenn and Margaret Enevoldsen, Debtor(s) | CASE NO.: 18-29961<br>CHAPTER 13<br>ADV NO.:<br>HEARING DATE: 4/27/2022<br>JUDGE: MICHAEL B. KAPLAN |

**ORDER FIXING FEDERAL TAXES FOR 2018 IN PROOF OF CLAIM 3-3 FILED BY THE INTERNAL REVENUE SERVICE**

The relief set forth on the following pages, numbered one through two, is hereby ORDERED.

**DATED: May 17, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor(s): Glenn and Margaret Enevoldsen
Case No.: 18-29961
Caption of Order: ORDER FIXING FEDERAL TAXES FOR 2018 IN PROOF OF CLAIM 3-3 FILED BY THE INTERNAL REVENUE SERVICE
Page 2

This matter being opened to the Court by William S. Wolfson, Esq. as counsel to the debtors on notice to the Internal Revenue Service and to the Office of the Attorney General of the United States for the District of New Jersey, Attn: Eamonn O'Hagan, Esq. and Albert Russo, Esq., as Standing Chapter 13 Trustee and the Court having read and considered the pleadings submitted and any responses, if applicable, the Court orders the following relief.

ORDERED that:

1. The Court finds that the debtors' federal income tax debt for 2018 is fixed in the amount of $5,836 and the federal excise tax is fixed at $1,309.09 as set forth in the Internal Revenue Service's Proof of Claim 3-3 filed on April 14, 2022. The Chapter 13 Trustee shall pay these 2018 taxes through the plan.

2. The Court finds further that the 2017 federal income tax in the amount of $3,428 and federal excise tax in the amount of $1,390 are accurate. For this reason, the 2017 federal income taxes are not affected by this Order and shall be paid by the Chapter 13 Trustee.

3. The Chapter 13 Trustee is authorized to pay the claim of the United States of America to the Internal Revenue Service through the Chapter 13 plan as set forth in this Order.

4. A copy of this Order shall be served on the Chapter 13 Trustee, debtors and all interested parties within seven (7) days.