| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>William S. Wolfson, Esq., L.L.C.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ 08822-1794<br>908 782-9333<br>Attorney for Glenn and Margaret Enevoldsen<br>Our File No.   1218.57232 | **Order Filed on May 17, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN THE MATTER OF<br><br>Glenn and Margaret Enevoldsen, Debtor(s) | CASE NO.: 18-29961<br>CHAPTER 13<br>ADV NO.:<br>HEARING DATE: 4/27/2022<br>JUDGE: MICHAEL B. KAPLAN |

### ORDER FIXING FEDERAL TAXES FOR 2018 IN PROOF OF CLAIM 3-3 FILED BY THE INTERNAL REVENUE SERVICE

The relief set forth on the following pages, numbered one through two, is hereby ORDERED.

**DATED: May 17, 2022**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor(s): Glenn and Margaret Enevoldsen
Case No.: 18-29961
Caption of Order: ORDER FIXING FEDERAL TAXES FOR 2018 IN PROOF OF CLAIM 3-3 FILED BY THE INTERNAL REVENUE SERVICE
Page 2

This matter being opened to the Court by William S. Wolfson, Esq. as counsel to the debtors on notice to the Internal Revenue Service and to the Office of the Attorney General of the United States for the District of New Jersey, Attn: Eamonn O'Hagan, Esq. and Albert Russo, Esq., as Standing Chapter 13 Trustee and the Court having read and considered the pleadings submitted and any responses, if applicable, the Court orders the following relief.

ORDERED that:

1. The Court finds that the debtors' federal income tax debt for 2018 is fixed in the amount of $5,836 and the federal excise tax is fixed at $1,309.09 as set forth in the Internal Revenue Service's Proof of Claim 3-3 filed on April 14, 2022. The Chapter 13 Trustee shall pay these 2018 taxes through the plan.

2. The Court finds further that the 2017 federal income tax in the amount of $3,428 and federal excise tax in the amount of $1,390 are accurate. For this reason, the 2017 federal income taxes are not affected by this Order and shall be paid by the Chapter 13 Trustee.

3. The Chapter 13 Trustee is authorized to pay the claim of the United States of America to the Internal Revenue Service through the Chapter 13 plan as set forth in this Order.

4. A copy of this Order shall be served on the Chapter 13 Trustee, debtors and all interested parties within seven (7) days.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-29961-MBK
Glenn Henry Enevoldsen  Chapter 13
Margaret Ann Enevoldsen
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: May 17, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Glenn Henry Enevoldsen, Margaret Ann Enevoldsen, 95 Leffler Hill Road, Flemington, NJ 08822-2614 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Eric L. Leinbach | on behalf of Joint Debtor Margaret Ann Enevoldsen office1603@rcn.com lester532004@yahoo.com |
| Eric L. Leinbach | on behalf of Debtor Glenn Henry Enevoldsen office1603@rcn.com lester532004@yahoo.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust bankruptcy@friedmanvartolo.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: May 17, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Phillip Andrew Raymond
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor U.S. Bank National Association  as Trustee Et Al... rsolarz@kmllawgroup.com

Sindi Mncina
    on behalf of Creditor Igloo Series IV Trust smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William S. Wolfson
    on behalf of Debtor Glenn Henry Enevoldsen wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net

William S. Wolfson
    on behalf of Joint Debtor Margaret Ann Enevoldsen wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net

TOTAL: 11