Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−29961−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Glenn Henry Enevoldsen
aka Glenn H Enevoldsen, aka Glenn Enevoldsen, dba Glenn Enevoldsen Carpentry & Home Improv
95 Leffler Hill Road
Flemington, NJ 08822

Margaret Ann Enevoldsen
aka Margaret Enevoldsen, aka Margaret A Enevoldsen, aka Margaret King Obal, aka Margaret Obal Enevoldsen, aka Margaret Obal
95 Leffler Hill Road
Flemington, NJ 08822

Social Security No.:
xxx−xx−2449

xxx−xx−3835

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     9/13/22
Time:     02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
William S. Wolfson, Debtor's Attorney

COMMISSION OR FEES
fee: $3,595.50

EXPENSES
$100.00

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 16, 2022
JAN:

                                                       Jeanne Naughton
                                                       Clerk

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 18-29961-MBK

Glenn Henry Enevoldsen   Chapter 13

Margaret Ann Enevoldsen

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 16, 2022 | Form ID: 137 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Glenn Henry Enevoldsen, Margaret Ann Enevoldsen, 95 Leffler Hill Road, Flemington, NJ 08822-2614 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 517800112 | | CMRE, 3075 Imperial Services Hwy, STE 200, Brea CA 08822-2614 |
| 517800114 | + | Credit One Corporate, 585 Pilot Road, Las Vegas, NV 89119-3619 |
| 517800115 | | Eric Lester Leinbach, Esquire, 1603 Butler Street, Easton, PA 18042-4748 |
| 517800117 | + | Glenn Henry Enevoldsen, 95 Leffler Hill Road, Flemington, New Jersey 08822-2614 |
| 517800118 | + | Hunterdon County Tax, 71 Main St., Bldg 3B, Flemington, New Jersey 08822-1451 |
| 518551530 | + | Hunterdon Healthcare, 2100 Wescott Drive, Flemington, NJ 08822-4604 |
| 517800119 | + | Hunterdon Medical Center, 2100 wescott Drive, Flemington, NJ 08822-4604 |
| 517800110 | + | Hunterdon Medical Center, c/o CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517800128 | | MERS, PO Box 2026, Flint, MI 48501-2026 |
| 517800130 | + | Nationstar Mortgage Holdings, Inc, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 517800131 | + | Pegasus Emergency Group, PO Box 791, Flemington, NJ 08822-0791 |
| 518551531 | | Premium Anesthesia, LLC, PO Box 29 Anesthesia Office, Oldwick, NJ 08858-0029 |
| 517800132 | + | Raritan TWP Tax Collector, One Muncipal Drive, Flemington, NJ 08822-3446 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 16 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 16 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 16 2022 20:35:00 | Igloo Series IV Trust, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517800106 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 16 2022 20:35:00 | Barclay Bank Delaware, 125 South West St., Wilmington, DE 19801-5014 |
| 517800107 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 16 2022 20:35:00 | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 517800109 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 16 2022 20:40:54 | Capital One, 1680 Capital One Drive, Mclean, VA 22102-3407 |
| 517800108 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 16 2022 20:41:05 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517900717 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 16 2022 20:40:54 | Capital One Bank (USA), N.A., PO Box 71083, |

Case 18-29961-MBK    Doc 118    Filed 08/18/22    Entered 08/19/22 00:14:02    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 16, 2022 | Form ID: 137 | Total Noticed: 43 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 517800113 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 16 2022 20:40:57 | Credit One Bank, ATTN: Bankruptcy, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517800116 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 16 2022 20:41:07 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 517800120 | + | Email/Text: bankruptcy@huntington.com | Aug 16 2022 20:35:00 | Huntington Natl Bk, Attn: Bankruptcy, PO Box 340996, Columbus, OH 43234-0996 |
| 517800121 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 16 2022 20:35:00 | Internal Revenue Service, PO Box 7346, Phila, Pa. 19101-7346 |
| 517800111 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 16 2022 20:41:04 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 517800124 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 16 2022 20:34:00 | Kohls/Capital One, Kohls Credit, PO Box 3120, Milwaukee, WI 53201-3120 |
| 517905415 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 16 2022 20:40:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517865960 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 16 2022 20:40:48 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517800126 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 16 2022 20:40:47 | Merrick Bank, PO Box 5000, Draper, UT 84020-5000 |
| 517800127 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 16 2022 20:40:47 | Merrick Bank/CardWorks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 517800129 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 16 2022 20:35:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 517818024 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 16 2022 20:35:00 | Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619096, Dallas, Texas 75261-9741 |
| 517924055 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 16 2022 20:41:08 | Portfolio Recovery Associates, LLC, c/o Juniper, POB 41067, Norfolk VA 23541 |
| 517861590 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 16 2022 20:35:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517804459 | + | Email/Text: bankruptcy@huntington.com | Aug 16 2022 20:35:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 519274974 | ^ | MEBN | Aug 16 2022 20:35:23 | U.S. Bank Trust National Association, as Trustee Cabana Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka CA 95501-0305 |
| 519274975 | ^ | MEBN | Aug 16 2022 20:35:23 | U.S. Bank Trust National Association, as Trustee Cabana Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka CA 95501, U.S. Bank Trust National Association 95501-0305 |
| 518552326 | ^ | MEBN | Aug 16 2022 20:35:24 | US Bank, NA, c/o SN Servicing Corp, 323 5th Street, Eureka, CA 95501-0305 |
| 518552327 | ^ | MEBN | Aug 16 2022 20:35:24 | US Bank, NA, c/o SN Servicing Corp, 323 5th Street, Eureka, CA 95501, US Bank, NA, c/o SN Servicing Corp 95501-0305 |
| 517800133 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 16 2022 20:34:00 | Verizon, 1095 Ave. of The Americas, NY, NY 10036-6704 |

(continued from previous page, first row:) Charlotte, NC 28272-1083

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Aug 16, 2022 | Form ID: 137 | Total Noticed: 43

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517800125 | | Margaret Ann Enevoldsen |
| 517800122 | * | Internal Revenue Service, PO Box 931000, Louisville, KY 40293-1000 |
| 517800123 | ##+ | KLM Law Group P.C, 216 Haddon Avenue, STE 406, Westmont, NJ 08108-2812 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2022        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Eric L. Leinbach | on behalf of Joint Debtor Margaret Ann Enevoldsen office1603@rcn.com  lester532004@yahoo.com |
| Eric L. Leinbach | on behalf of Debtor Glenn Henry Enevoldsen office1603@rcn.com  lester532004@yahoo.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust bankruptcy@friedmanvartolo.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association  as Trustee Et Al... rsolarz@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor Igloo Series IV Trust smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William S. Wolfson | on behalf of Debtor Glenn Henry Enevoldsen wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net |
| William S. Wolfson | on behalf of Joint Debtor Margaret Ann Enevoldsen wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net |

TOTAL: 11